| UNITED STATES DISTRICT COURT | USDC SDNY |
|---|---|
| SOUTHERN DISTRICT OF NEW YORK | DOCUMENT |
| | ELECTRONICALLY FILED |
| HELEN DEUTSCH, | DOC #: |
| Plaintiff, | DATE FILED: 2/18/2020 |

HELEN DEUTSCH,

      Plaintiff,

-against-

EQUIFAX INFORMATION SERVICES, LLC,

      Defendant.

1:19-cv-09028

ORDER DENYING
REQUEST FOR STAY

MARY KAY VYSKOCIL, United States District Judge:

    The Court has been advised that the parties in this case have reached a settlement in principle. The parties are advised that all existing deadlines and dates — including the Initial Pretrial Conference scheduled for March 24, 2020 — **remain in effect** unless and until the parties submit a stipulation of settlement and dismissal to the Court or, pending final execution of a settlement, request dismissal without prejudice to restoring the action to the Court's calendar within thirty days.

    SO ORDERED.

Dated: February 18, 2020
       New York, New York

_____
MARY KAY VYSKOCIL
United States District Judge